UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JERRY VANDIVER,** <br><br> Plaintiff, <br><br> vs. <br><br> **BRIAN MADERY, ET AL.,** <br><br> Defendants. | 2:21-CV-11771-TGB-EAS |

# JUDGMENT

In accordance with the Court's Order issued on this date, **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan:  December 22, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge